# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2006

131341

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

DAVID HAMILTON-BE COUMARBATCH,
　　　Defendant-Appellant.

_____/

SC: 131341
COA: 268915
Wayne CC: 05-005052

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

　　　On order of the Court, the application for leave to appeal the April 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

Clerk

s0927